| | |
|---|---|
| 1 | KEVIN V. RYAN (CSB No. 118321)<br>United States Attorney |
| 2 | JAY R. WEILL (CSB No. 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>THOMAS MOORE (ASB No. 4305-T78O) |
| 4 | Assistant United States Attorney<br>  10th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California  94102 |
| 6 |   Telephone:  (415) 436-6935 |

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL. | ) | |
| | ) | No. C-06-02278-JSW |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION ENFORCING SUMMONS** |
| DONALD A. CARLSON, | ) | **AND ORDER THEREON** |
| | ) | |
| Respondent. | ) | |

It is hereby stipulated by and between petitioners and respondent Donald A. Carlson, through their respective counsel, that the Internal Revenue Service Summons at issue in this matter be enforced.

It is further stipulated that Donald A. Carlson shall appear before Revenue Officer Jennie Robertson, or other designated agent, on July 28, 2006, at 10:00 a.m., at the Offices of the Internal Revenue Service located at 1301 Clay Street, Suite 1040S, Oakland, California, and then and there produce the records and give testimony relating to the matters described in the subject Internal Revenue Service summons at issue in this matter.

KEVIN V. RYAN
United States Attorney

/s/ Robert Bockelman                               /s/ Thomas Moore
ROBERT BOCKELMAN                          THOMAS MOORE
Attorney for Respondent                         Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court FURTHER ORDERS that Order to Show Cause is DISCHARGED and the hearing scheduled for July 7, 2006 is VACATED.

Dated:  July 6, 2006

UNITED STATES DISTRICT JUDGE