KEVIN V. RYAN (CSB 118321)
United States Attorney
JAY R. WEILL (CSB 75434)
Chief, Tax Division
THOMAS MOORE (ASB 4305-T78O)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6935

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and JENINE ROBERTSON, Revenue Officer, | Case No. C-06-02278-JSW |
| Petitioners, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| DONALD A. CARLSON, | |
| Respondent. | |

On July 6, 2006, this Court entered its order enforcing the summons at issue in this matter. Pursuant to the order enforcing summons, respondent appeared before the petitioner and complied with the Court's order.

Because Respondent has complied with summons and order, the United States of America asks that this matter be dismissed with prejudice.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ Thomas Moore
Assistant United States Attorney
Tax Division

**IT IS SO ORDERED.**

**ORDERED** this   3   day of August, 2006 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE